■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND A. LA MORIE, Appellant.—Appeal by the defendant from a two judgments of the Supreme Court, Queens County (Joy, J.), both rendered June 18, 1991, convicting him of attempted murder in the second degree under Indictment No. 2112/91 and attempted murder in the second degree, criminal use of firearm in the first degree, criminal possession of a weapon in the second degree, and criminal mischief in the fourth degree, under Indictment No. 4127/89, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have examined the defendant's contentions to the extent they were not waived by his knowing waiver of his right to appeal (see, People v Sutton, 80 NY2d 273; People v Callahan, 80 NY2d 273), and find them to be without merit. Mangano, P. J., Bracken, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS LAND, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Orenstein, J.), rendered December 9, 1988, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The defendant's challenge to the voluntariness of his guilty plea is unpreserved for appellate review (see, People v Mackey, 77 NY2d 846, 847), and in any event, is without merit (see, People v Harris, 61 NY2d 9).

We have considered the defendant's remaining contention and find it to be without merit. Eiber, J. P., O'Brien, Ritter and Copertino, JJ., concur.